IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ARTUR ELIZAROV,<br>      Plaintiff,<br><br>v.<br><br>WESTSTAR MORTGAGE CORPORATION also known as WESTSTAR LOAN COMPANY and GOLDWATER BANK, N.A.,<br><br>      Defendants. | Case No.23-CV-61669-AHS |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Sean C. Wagner of the law firm of Wagner Hicks PLLC, 831 E Morehead St., Suite 860, Charlotte, NC 28202, (704) 705-7787, for purposes of appearance as co-counsel on behalf of Defendants Weststar Mortgage Corporation and Goldwater Bank, N.A. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Sean C. Wagner to receive electronic filings in this case, and in support thereof states as follows:

    1.    Sean C. Wagner is not admitted to practice in the Southern District of Florida and is a member in good standing of the North Carolina and Oklahoma State Bars; United States District Court for the Western District of North Carolina, Eastern District of North Carolina, Middle District of North Carolina, Eastern District of Oklahoma, Western District of Oklahoma,

1

Northern District of Oklahoma, and Eastern District of Texas; and United States Courts of Appeals for the Fourth, Ninth, and Tenth Circuits.

2. Movant, Dwayne A. Robinson of the law firm Kozyak Tropin Throckmorton, 2525 Ponce de Leon Boulevard, Floor 9, Miami, FL 33134, (305) 372-1800, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Sean C. Wagner has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Sean C. Wagner, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Sean C. Wagner at email address: sean.wagner@wagnerhicks.law.

WHEREFORE, Dwayne A. Robinson moves this Court to enter an Order allowing Sean C. Wagner, to appear before this Court on behalf of Defendants Weststar Mortgage Corporation and Goldwater Bank, N.A., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Sean C. Wagner.

Date: August 31, 2023                                Respectfully submitted,


    */s/ Dwayne A. Robinson*
Dwayne A. Robinson, Esq. (FL Bar No. 99976)
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon Blvd, FL 9
Miami FL 33134
Telephone: (305) 377-0659
drobinson@kttlaw.com

***Attorney for Defendants Weststar Mortgage Corporation and Goldwater Bank, N.A.***

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ARTUR ELIZAROV,<br>    Plaintiff,<br><br>v.<br><br>WESTSTAR MORTGAGE CORPORATION also known as WESTSTAR LOAN COMPANY and GOLDWATER BANK, N.A.,<br><br>    Defendants. | Case No.23-CV-61669-AHS |

### CERTIFICATION OF SEAN C. WAGNER

Sean C. Wagner, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of North Carolina and Oklahoma State Bars; United States District Court for the Western District of North Carolina, Eastern District of North Carolina, Middle District of North Carolina, Eastern District of Oklahoma, Western District of Oklahoma, Northern District of Oklahoma, and Eastern District of Texas; and United States Courts of Appeals for the Fourth, Ninth, and Tenth Circuits; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

_____
Sean C. Wagner

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ARTUR ELIZAROV,
    Plaintiff,

v.

WESTSTAR MORTGAGE CORPORATION also known as WESTSTAR LOAN COMPANY and GOLDWATER BANK, N.A.,

    Defendants.

Case No.23-CV-61669-AHS

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Sean C. Wagner, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Sean C. Wagner may appear and participate in this action on behalf of Defendants Weststar Mortgage Corporation and Goldwater Bank, N.A. The Clerk shall provide electronic notification of all electronic filings to Sean C. Wagner, at sean.wagner@wagnerhicks.law.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
Hon. Raag Singhal
United States District Judge

Copies furnished to: All Counsel of Record