IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ARTUR ELIZAROV,
        Plaintiff,

v.

WESTSTAR MORTGAGE CORPORATION
also known as WESTSTAR LOAN
COMPANY and GOLDWATER BANK,
N.A.,
        Defendants.

Case No. 23-CV-61669-AHS

## NOTICE OF FILING CORRECTED EXHIBIT TO REPLY IN SUPPORT OF WAGNER AND SHERGILL MOTIONS TO APPEAR *PRO HAC VICE*

Weststar Mortgage Corporation and Goldwater Bank, N.A. (collectively, "Defendants") hereby give notice of filing a corrected Exhibit B to their Reply in Support of Wagner and Shergill Motions to Appear Pro Hac Vice [D.E. 16], which inadvertently attached the unexecuted version of Dallas Knierman's declaration. Defendants are attaching the corrected, executed Exhibit B with this Notice.

Respectfully submitted:  September 8, 2023

By:   *s/Dwayne A. Robinson*
       Dwayne A. Robinson, Esq. (FL Bar No. 99976)
       KOZYAK TROPIN & THROCKMORTON.
       2525 Ponce de Leon Blvd, FL 9
       Miami, Florida 33134
       Telephone: (305) 377-0659
       drobinson@kttlaw.com

and

SEAN C. WAGNER (*Pro Hac Vice Pending*)
Gursharon K. Shergill (*Pro Hac Vice Pending*)
WAGNER HICKS PLLC
831 E Morehead St, Suite 860
Charlotte, NC 28202
Telephone: (704) 705-7787
Fax: (704) 705-7787

2

sean.wagner@wagnerhicks.law
gursharon.shergill@wagnerhicks.law

***Attorneys for Weststar Mortgage Corporation and Goldwater Bank, N.A.***