**SEAN C. WAGNER** (Pro Hac Vice *pending*)
Sean.Wagner@wagnerhicks.law
**GURSHARON K. SHERGILL** (Pro Hac Vice *pending*)
Gursharon.Shergill@wagnerhicks.law
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte, North Carolina 28202
Tel: (704) 705-7538

Counsel for Defendants,
**GOLDWATER BANK, N.A.**
**WESTSTAR MORTGAGE CORPORATION**

**DWAYNE A. ROBINSON** (S.B.N. 99976)
drobinson@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON**
2525 Ponce de Leon Blvd, FL 9
Miami, Florida 33134
Tel: (305) 377-0659
Email: drobinson@kttlaw.com

Local Counsel for Defendants,
**GOLDWATER BANK, N.A.**
**WESTSTAR MORTGAGE CORPORATION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| ARTUR ELIZAROV,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>WESTSTAR MORTGAGE CORPORATION also known as WESTSTAR LOAN COMPANY and GOLDWATER BANK, N.A.,<br><br>　　　　Defendants. | Case No. 23-CV-61669-AHS<br><br>**DECLARATION OF DALLAS KNIERMAN** |

I, Dallas Knierman, declare as follows:

　　1.　　I am a paralegal at the law firm Wagner Hicks PLLC, which serves as counsel of record for Plaintiff Goldwater Bank, N.A. ("Goldwater") in *Goldwater Bank, N.A. v. Elizarov*,

Case. No. Case No. 5:21–cv–00616–JWH–SPx pending before the United States District Court for the Central District of California (the "California Action"). I have knowledge of the facts set forth in this declaration based on my own personal knowledge and my review of the records Wagner Hicks PLLC regularly keeps as part of its representation of Goldwater. If called as a witness, I could and would competently testify to such facts under oath.

  2. On or around August 5, 2022, I assisted attorney Derek Bast in scheduling service of a Subpoena *Duces Tecum* as to the California Employment Development Department in Connection with the California Action (the "Supboena").

  3. On or around August 8, 2022, I contacted the process server and cancelled service of the Subpoena. A true and correct copy of the Cancellation of Service is attached hereto as **Exhibit 1**.

  4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 7th, 2023.

                        Dallas Knierman

# Exhibit 1

# GOLDWATER BANK, N.A. v ARTUR ELIZAROV

**Reference ID:** REF-10614231   **Case #:** 5:21-CV-00616-JWH-SP   **Court:** US District Court, California, Central District, Los Angeles
**Parties to Serve:** State of California Employment Development Department - Legal Office   **Documents Category:** Summons and Complaint
**Type:** Serve Only   **Submitted:** 08/05/22

## Status Overview

All activity has been stopped.

**1** Document Review — **2** Service — **3** Proof — **4** Complete

## Key Events                                                                 View All Activity

| 📅 Hearing | 04:00 PM | 8/26/22 |
| ✕ Canceled | Service On State of California Employment Development Department - Legal Office | 8/8/22 |

**Messages** | Documents | Billing

### Send a Message

Messages are monitored during business hours by customer support.

DK   [ Enter a message to send to ABC Legal customer support. ]

📎 Attach or Drag & Drop Documents

[ Send ]

**Case Activity** | Notification Settings

Send Message

08/08/22 9:55 AM
Process server received documents for State of California Employment Development Department - Legal Office
Server: Jeremy Glaze

08/08/22 9:30 AM
Proof handling has been canceled by Dallas Knierman.

Customer Contact: Dallas Knierman

08/08/22 9:30 AM

Service for State of California Employment Development Department - Legal Office has been canceled by Dallas Knierman.

Customer Contact: Dallas Knierman

08/06/22 1:55 AM

Filing confirmed. Case # **5:21-CV-00616-JWH-SP** filed on **08/04/22** at **US District Court, California, Central District, Los Angeles**.

SUBPOENA

08/06/22 1:25 AM

Order entered

08/05/22 2:03 PM

Process Service requested upon 1 party

🖇 (1)

