IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ARTUR ELIZAROV,<br>          Plaintiffs,<br><br>v.<br><br>WESTSTAR MORTGAGE CORPORATION also known as WESTSTAR LOAN COMPANY and GOLDWATER BANK, N.A.,<br><br>          Defendants. | Case No. 23-CV-61669-AHS |

## DECLARATION OF DWAYNE A. ROBINSON, ESQ.

1. I, Dwayne A. Robinson, Esq., make this declaration pursuant to Florida Statutes, Section 92.525, Florida Statutes.

2. I am over the age of 18, competent to provide testimony, and make this declaration based on my personal knowledge.

3. I am a partner at the law firm of Kozyak, Tropin & Throckmorton, LLP and am one of the attorneys representing Defendants Weststar Mortgage Corporation ("Weststar") and Goldwater Bank, N.A. ("Goldwater," collectively, "Defendants").

4. I have knowledge of the facts set forth in this declaration based on my own personal knowledge and my review of the records. If called as a witness, I could and would competently testify to such facts under oath.

5. My representation of both Defendants complies with Florida Rule of Professional Conduct 4–1.7, as my representation of Goldwater and Weststar is not directly adverse to another client, and there is no substantial risk that my or my firm's representation of either of the Defendants will be materially limited by my responsibilities to another client.

6.  To the extent that any potential conflict may exist in my representation of Defendants in this action, including a potential indemnification claim by Weststar against Goldwater or Goldwater against Weststar related to the claims brought by plaintiff in this action, in compliance with Florida Rule of Professional Conduct 4–1.7(b):

   a. I reasonably believe that I and my firm will be able to provide competent and diligent representation to both Goldwater and Weststar;

   b. My representation of Goldwater and Weststar is not prohibited by law;

   c. My representation does not involve the assertion of a position adverse to another client in the same proceeding; and

   d. Each Goldwater and Weststar has provided informed consent, confirmed in writing.

### DECLARATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of September, 2023, in Miami-Dade County, Florida.

_____
Dwayne A. Robinson